UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

GARNEY WILLIAMSON (#14408)

VERSUS                                              CIVIL ACTION

LIVINGSTON PARISH DETENTION                         NUMBER 12-388-BAJ-SCR
CENTER, ET AL

### NOTICE

    Please take notice that the attached Magistrate Judge's Report has been filed with the Clerk of the U. S. District Court.

    In accordance with 28 U.S.C. § 636(b)(1), you have 14 days after being served with the attached report to file written objections to the proposed findings of fact, conclusions of law, and recommendations set forth therein. Failure to file written objections to the proposed findings, conclusions and recommendations within 14 days after being served will bar you, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions accepted by the District Court.

    ABSOLUTELY NO EXTENSION OF TIME SHALL BE GRANTED TO FILE WRITTEN OBJECTIONS TO THE MAGISTRATE JUDGE'S REPORT.

    Baton Rouge, Louisiana, December 12, 2012.

                            STEPHEN C. RIEDLINGER
                            UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA


GARNEY WILLIAMSON (#14408)

VERSUS                                          CIVIL ACTION

LIVINGSTON PARISH DETENTION                     NUMBER 12-388-BAJ-SCR
CENTER, ET AL


**MAGISTRATE JUDGE'S REPORT**

On August 21, 2012, the plaintiff's motion to proceed in forma pauperis was granted and the plaintiff was ordered to pay an initial partial filing fee in the amount of $9.54 within 20 days of the date of the order.[1]  Plaintiff failed to pay the initial partial filing fee.  On October 2, 2012, the plaintiff was ordered to show cause on October 19, 2012, why his complaint should not be dismissed for failure to pay the initial partial filing fee.[2]  Plaintiff was also ordered to attach copies of his inmate account statements for the months of June, July, August, September and October 2012.

In his response to the show cause order the plaintiff complained that he did not understand how to respond to the order because he is incarcerated.

---

[1] Record document number 8.

[2] Record document number 10.

A review of the record showed that the plaintiff signed his complaint on June 25, 2012, and it was filed on June 27, 2012. Plaintiff's Statement of Account form was certified by prison officials on August 14, 2012 and it was filed on August 20, 2012.[3] At that time, the plaintiff had $38.21 in his prison drawing account.[4]  On August 21, 2012, the plaintiff was ordered to pay the initial partial filing fee in the amount of $9.54.  Plaintiff had sufficient funds to pay the initial partial filing fee but failed to do so.

Because the plaintiff failed to pay the court's filing fee, the complaint should be dismissed without prejudice.[5]

## RECOMMENDATION

It is the recommendation of the magistrate judge that the plaintiff's complaint be dismissed without prejudice for failure to pay the court's filing fee.

Baton Rouge, Louisiana, December 12, 2012.

/s/ Stephen C. Riedlinger
STEPHEN C. RIEDLINGER
UNITED STATES MAGISTRATE JUDGE

---

[3] Record document number 7.

[4] *Id.*

[5] A dismissal without prejudice will not effectively be a with prejudice dismissal. The event which forms the basis of the plaintiff's complaint apparently occurred on June 15, 2012. Plaintiff still has ample time to file a new complaint before the one year limitations period expires.