UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

GARNEY WILLIAMSON (#14408)

VERSUS

LIVINGSTON PARISH DETENTION
CENTER, ET AL

CIVIL ACTION

NUMBER 12-388-BAJ-SCR

**RULING**

The Court has carefully considered the complaint, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Stephen C. Riedlinger dated December 12, 2012 (doc. no. 12) to which no objection has been filed.

The Court hereby approves the report and recommendation of the magistrate judge and adopts it as the Court's opinion herein.

Accordingly, the plaintiff's complaint shall be dismissed without prejudice for failure to pay the Court's filing fee.

Baton Rouge, Louisiana, January 29, 2013.

_____
BRIAN A. JACKSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA